AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

**v.**

**WILSON PAUL LOJA ANGAMARCA**

*Defendant*

Case No. 25-MJ- 102

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 24, 2025, in the County of Cattaraugus, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

MATTHEW H RADO

Digitally signed by
MATTHEW H RADO
Date: 2025.07.30 17:22:26
-04'00'

*Complainant's signature*

MATTHEW H. RADO
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

*Printed name and title*

Sworn to before me and signed telephonically.

Date: July 31, 2025

*H. Kenneth Schroeder, Jr.*

*Judge's signature*

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK       )
COUNTY OF ERIE         )     SS:
CITY OF BUFFALO       )

I, **Matthew H. Rado**, having been first duly sworn, do hereby depose and state as follows:

1.      I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations, (HSI), stationed in Buffalo, New York.  I have been so employed since December 2011.  In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes and crimes.

2.      As a part of my current duties with HSI, I investigate violations of the Immigration and Nationality Act and violations of the United States Code, including violations of Title 8, United States Code, Section 1326(a), regarding the unlawful re-entry of previously removed aliens.

3.      As a Special Agent (SA), I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States.

4.      I make this affidavit in support of a criminal complaint charging Wilson Paul

LOJA-ANGAMARCA (LOJA-ANGAMARCA) with a violation of Title 8, United States Code, Section 1326(a), regarding the unlawful re-entry of previously removed alien.   LOJA-ANGAMARCA, is an alien, not a citizen or national of the United States, born in 1997, in Ecuador, with being found in the United States without the expressed consent of the Attorney General of the United States or the Department of Homeland Security, after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326(a).

5.      This affidavit is being submitted for a limited purpose, that is, a probable cause determination.   Therefore, I have not presented all the facts of this investigation to date.   I have set forth only the information I believe to be necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a). The facts in this affidavit come from my personal observations, my training and experience, my review of database checks and official records, and information obtained from law enforcement officers and witnesses.

**<u>PROBABLE CAUSE</u>**

6.      On February 13, 2025, Homeland Security Investigations (HSI) Buffalo was tasked with assisting Immigration and Customs Enforcement (ICE) / Enforcement and Removal Operations (ERO) Buffalo on a target enforcement action.   The target was LOJA-ANGAMARCA; DOB: 05/08/1997; A#: XXXXXX711.   Information provided stated LOJA-ANGAMARCA is currently unlawfully present in the United States as a reinstate/re-entry.

7.      ERO provided the following information regarding LOJA-ANGAMARCA: he was currently believed to be residing in an apartment at 3843 Main Street in Hinsdale, New York.   His DOB is 05/08/1997.   His A# is XXXXXX711.   His FBI # is XXXXXXCP7.   His SID# is XXXXXXXXX3Q.   ERO also had a photograph of LOJA-ANGAMARCA.   He is approximately 5'7" tall and 142 pounds, with brown hair.   His criminal history includes an arrest for Driving While Intoxicated (DWI) in Olean, NY, in March of 2024 and re-entry into the United States after having been ordered removed by an Immigration Judge.   Additional information shared by ERO to HSI was that he had been observed being picked up along with two or three other subjects in a white 15-passenger van with markings on it advertising a chimney cleaning business.

8.      During the arrest of another reinstate-reentry on June 5, 2025, the subject informed agents that his cousin, LOJA-ANGAMARCA, is currently residing at 3843 Main Street in Hinsdale, New York.

9.      On July 24, 2025, HSI, with the assistance of ICE ERO Buffalo Field Office and members of a Fugitive Operations Team, conducted a targeted enforcement action in Olean, New York, to locate and arrest an alien present in the United States illegally, LOJA-ANGAMARCA at 3843 Main Street in Hinsdale, New York.   Agents observed a male subject matching the description of the target, approximately 5'7" tall and 142 pounds, with brown hair, outside of the residence at 3843 Main Street in Hinsdale, New York.   He then entered a vehicle and drove off.   Agents followed the vehicle through Olean before initiating a traffic stop on Fifth Street in the village of Allegany.   Agents approached the subjects with Police/ICE identifiers on their outer clothing and asked the subjects to identify themselves.

10.     During the traffic stop, LOJA-ANGAMARCA was positively identified by agents.   Immigration record checks were conducted on the scene by ICE ERO, and it was determined that LOJA-ANGAMARCA is a citizen and national of Ecuador who was present in the United States illegally and did not possess the proper documentation to remain in the United States.   LOJA-ANGAMARCA was taken into custody without incident by agents and transported to the Border Patrol Station in Buffalo, New York, for further processing.

11.     A complete set of fingerprints were electronically captured from LOJA-ANGAMARCA and submitted for processing.   This set of fingerprints produced a positive biometric match with Alien Registration Number XXXXXX711 and an FBI number of XXXXXXCP7 relating to LOJA-ANGAMARCA, a native and citizen of Ecuador.

12.     A review of the documents contained in the Alien Registration file of LOJA-ANGAMARCA revealed the following:

   a.  LOJA-ANGAMARCA is a citizen and native of Ecuador.

   b.  On September 11, 2019, LOJA-ANGAMARCA was ordered removed by an Immigration Judge.

   c.  On October 4, 2019, LOJA-ANGAMARCA was physically removed via plane from Alexandria, Louisiana.

13.     A review of the electronic benefit records and a review of LOJA-ANGAMARCA's alien file failed to reveal that LOJA-ANGAMARCA had applied for or received any authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

**WHEREFORE**, based on the foregoing, I respectfully submit that there is probable cause to believe that Wilson Paul LOJA-ANGAMARCA did commit the offense of re-entry after deportation or removal in violation of Title 8, United States Code, Section 1326(a), in that LOJA-ANGAMARCA, an alien, a citizen and native of Ecuador, having been previously removed from the United States, was thereafter found present in the Western District of New York on or about July 24, 2025, without prior authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security.

MATTHEW H RADO

Digitally signed by
MATTHEW H RADO
Date: 2025.07.30
17:23:30 -04'00'

_____
MATTHEW H. RADO
Special Agent
Homeland Security Investigations

Sworn and subscribed to me telephonically
on this 31st day of July 2025.

*H. Kenneth Schroeder, Jr.*
_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

5